UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERMAIN WRIGHT,

    Plaintiff,

v.                          Case No. 3:14cv497/MCR/CJK

JULIA ROBERTSON, DEPENDENCY
CASE MANAGER; JESSICA GIBSON,
DEPENDENCY CASE MANAGER
SUPERVISOR,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 2, 2015 (doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 31st day of July, 2015.

　　　　　　　　　　　　　　　　*s/ M. Casey Rodgers*
　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**